STATE v. WILEY

No. 440P00

Case below: 139 N.C. App. 636

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. WILKINSON

No. 465A94-2

Case below: Cumberland County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Cumberland County, denied 20 December 2000.

STATE v. WILSON

No. 437P00

Case below: 139 N.C. App. 544

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Motion by defendant to hold petition in abeyance dismissed 20 December 2000.

STATE v. WORTHEY

No. 280P00

Case below: 138 N.C. App. 168

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.